tiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–149. MCKENZIE ET AL. *v.* REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 99–10242. GLINSEY *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to consolidate this case with No. 99–1687, *Bartnicki et al.* v. *Vopper, aka Williams, et al.* [certiorari granted, 530 U. S. 1260], and No. 99–1728, *United States* v. *Vopper, aka Williams, et al.* [certiorari granted, 530 U. S. 1260], denied. Certiorari denied.

No. 00–50. R. E. W. *v.* C. A. M. ET AL. App. Ct. Mass. Motion of petitioner for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted. Certiorari denied.

No. 00–111. LOE *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted. Certiorari denied.

No. 00–86. KERSTETTER *v.* PACIFIC SCIENTIFIC CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–150. CALIFORNIA ET AL. *v.* WASHINGTON. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–5395. FORDJOUR *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION. Ct. App. Ariz. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–90. EXXON MOBIL CORP. ET AL. *v.* BAKER ET AL. C. A. 9th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.